UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| J. SCOTT BOLTON, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    No. 3:10-cv-00001 |
| | ) |
| MORGAN ASSET MANAGEMENT, | )    Judge Thomas W. Phillips |
| INC., et al., | )    Magistrate Judge C. Clifford Shirley |
| | ) |
|     Defendants. | ) |

## ORDER

This matter comes before the Court on the Motion for Temporary Stay of Proceedings [Doc. 4] filed by Defendants Morgan Asset Management, Inc., James C. Kelsoe, Jr., David H. Tannehill, Carter E. Anthony, Allen B. Morgan, Jr., Joseph C. Weller, James Stillman R. McFadden, Archie W. Willis, III, Mary S. Stone, W. Randall Pittman, J. Kenneth Alderman, J. Thompson Weller, Charles D. Maxwell, William Jeffries Mann, James D. Witherington, R. Patrick Kruczek, Jack R. Blair, Albert C. Johnson, Michele F. Wood and Brian B. Sullivan ("Defendants"), which seeks a temporary stay pending the decision of the Judicial Panel on Multidistrict Litigation on Defendants' motion to transfer for consolidated and coordinated proceedings pursuant to 28 U.S.C. § 1407.

The Court finds that this motion should be **GRANTED**. It is hereby **ORDERED** that this matter is stayed pending a decision of the Judicial Panel on Multidistrict Litigation regarding whether to transfer this matter to another jurisdiction.

**IT IS SO ORDERED.**

DATED this 6th day of JAN. 2010.

*Thomas H. Phillips*

HONORABLE THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE